In the Matter of the Application of THE CITY OF NEW YORK Relative to Acquiring Title Wherever the Same Has Not Been Heretofore Acquired for the Same Purpose in Fee to the Lands, Tenements and Hereditaments Required for the Purpose of Opening and Extending East 96th Street from East New York Avenue to Rutland Road; from Winthrop Street to Lenox Road and from Linden Avenue

to Church Avenue, in the Borough of Brooklyn, City of New York. NATHAN I. SLUTSKY, Appellant; THE CITY OF NEW YORK and BASKORT REALTY CORP., Respondents.— Appeal from so much of the second supplemental amended and additional final decree entered herein on March 21, 1938, as provides that the award made to appellant is subject to the payment by him of the assessment levied against Benefit Parcel No. 3; and also from an order entered March 6, 1939, directing appellant to pay to the city of New York the sum of $664.12, with interest and penalties thereon, which sum represents one of the benefit assessments levied against Benefit Parcel No. 3. Decree, in so far as appealed from, and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ.